UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-4553
No. 13-1119

_____

UNITED STATES OF AMERICA

v.

RONALD OTTAVIANO,

Appellant

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 10-cr-00485)
District Judge:  Honorable William J. Martini

_____

Argued September 24, 2013
Before:  AMBRO, FISHER and HARDIMAN, *Circuit Judges*

_____

ORDER AMENDING OPINION
_____

The opinion entered December 24, 2013 is hereby amended to correct the name of
the law firm for counsel for Appellant as follows:

Mark A. Berman, Esquire
Hartmann, Doherty, Rosa, Berman & Bulbulia
65 Route 4 East
River Edge, NJ 07661

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: January 9, 2014